**Order entered December 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01382-CV

### CITY OF TERRELL, TEXAS, Appellant

### V.

### FREDERICK GEORGE EDMONDS, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 103352-CC2**

## ORDER

Before the Court is appellees' December 2, 2019 motion for an extension of time to file their brief on the merits. Appellant has not filed its brief on the merits. Accordingly, we **DENY** appellees' motion as premature. *See* TEX. R. APP. P. 38.6(b).

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE